UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Billy Chancey,<br><br>    Plaintiff,<br><br>    v.<br><br>Enokenwa, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02198-RFB-EJY<br><br>**ORDER** |

On November 25, 2024, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff's IFP application fails to include his inmate financial certificate and trust fund account statement for the previous six-month period. *See* ECF No. 1. Plaintiff also attached a Letter stating he wanted to file two lawsuits; was submitting two different complaints, one complete IFP application with all three required documents, and one IFP application that did not include a financial certificate or inmate account statement; and asking the Court to file the complete IFP application in both actions. ECF No. 1-2. The Court did not and could not file the complete IFP application in both lawsuits because Plaintiff's initiating documents were submitted electronically. *See* ECF No. 2 at 2 *citing* Local Rule IC 1-1(i)(5) ("the Court cannot provide copies or mailing service for parties, even indigent parties proceeding *in forma pauperis*); General Order No. 2021-05 at 4, ¶ 3(d); *accord* Local Rule IA 7-1(b) ("[a] request for the Court to rule on something must be filed as a motion.").

If Plaintiff wishes to proceed with this action, he must pay the filing fee or complete an application to proceed *in forma pauperis*. To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. This requires Plaintiff to submit **three** required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the

**inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **January 31, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the application to proceed *in forma pauperis* for inmates, and (2) instructions for completing this form.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **January 31, 2025**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 23rd day of December, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

- 2 -