UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Billy Chancey,

      Plaintiff,

  v.

Enokenwa, et al.,

      Defendants.

Case No. 2:24-cv-02198-RFB-EJY

**ORDER**

On October 20, 2025, the Court ordered service on Defendant under Rule 4(d) of the Federal Rules of Civil Procedure. A copy of the request to waive service under this Rule was also sent to LVMPD's General Counsel's Office. No response to the request was received. The Court finds service of process must be attempted through the U.S. Marshal Service by hand delivery to Defendant CERT Team Member Enokenwa.

Accordingly, IT IS HEREBY ORDRED that the Clerk of Court must send one USM-285 form together with a copy of this Order to Plaintiff. Plaintiff must complete the USM-285 form for Defendant to the best of his ability and return the same to the U.S. Marshal by mail no later than **January 5, 2026**. The completed USM-285 form must be mailed to:

    Gary G. Schofield
    U.S. Marshal, District of Nevada
    Lloyd D. George Federal Courthouse
    333 Las Vegas Blvd. S., Suite 2058
    Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the Clerk of Court must issue a summons for Defendant Enokenwa and deliver the same to the U.S. Marshal's Office for service together with one copy of (1) this Order, (2) Plaintiff's Complaint (ECF No. 1-1), (3) the Court's Screening Order (ECF No. 7), and the Order attempting to obtain a waiver of service (ECF No. 11).

IT IS FURTHER ORDERED that the U.S. Marshal must attempt to effect service of this Order, Plaintiff's Complaint (ECF No. 1-1), the Court's Screening Order (ECF No. 7), the Summons, and the Order at ECF No. 11 on Defendant Enokenwa no later than twenty-one (21) days after receipt of the completed USM-285 form.

1       IT IS FURTHER ORDERED that service on Defendant Enokenwa may be attempted at:

        Las Vegas Metropolitan Police Department
        400 S. Martin Luther King Blvd.
        Las Vegas, NV 89106

      IT IS FURTHER ORDERED that if Plaintiff fails to return the USM-285, his Complaint may be subject to a recommendation to dismiss.

      IT IS FURTHER ORDERED that a copy of this Order together with a copy of Plaintiff's Complaint (ECF No. 1-1), the Court's Screening Order (ECF No. 7), and the Order attempting to obtain a waiver of service, together with all attachments thereto (ECF No. 11), must be promptly mailed to:

        Ruth Miller
        General Counsel
        Las Vegas Metropolitan Police Department
        400 S. Martin Luther King Blvd
        Las Vegas, NV 89106

If waiver of service is accepted, Ms. Miller is requested to promptly file a notice with the Court stating the same so that attempted personal service on Defendant Enokenwa can be halted.

      Dated this 15th day of December, 2025.

                                  _____
                                  ELAYNA J. YOUCHAH
                                  UNITED STATES MAGISTRATE JUDGE