UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BILLY CHANCEY,

      Plaintiff,

    v.

ENOKENWA, et al.

      Defendants.

Case No. 2:24-cv-02198-RFB-EJY

**ORDER**

On January 20, 2025, the Court entered an Order requiring Plaintiff to update his address and either pay the $405 filing fee or file an application to proceed *in forma pauperis* ("IFP") for a non-prisoner. ECF No. 17. Later that same day, Plaintiff filed an updated address and a Motion seeking permission to file electronically with the Court. ECF Nos. 20, 21. Plaintiff's Motion seeking permission to file electronically is granted; however, in order to proceed with this case, Plaintiff must either file a complete IFP application by a non-prisoner or pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court **must** forward the Consent for Electronic Service of Documents (ECF No. 19) to the Help Desk to configure Plaintiff's CM/ECF account. Plaintiff **must** contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff (1) a copy of the Order at ECF No. 17, (2) the approved form application to proceed *in forma pauperis* by a non-prisoner, and (3) the document entitled information and instructions for filing the same. These documents **must** be sent to Plaintiff's new address.

1

IT IS FURTHER ORDERED that no later than **February 20, 2026**, Plaintiff **must** (1) pay the $405 filing fee for a civil action **or** file with the Court a complete application to proceed *in forma pauperis* by a non-prisoner.

Dated this 22nd day of January, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2