**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BILLY CHANCEY,

     Plaintiff,

    v.

NCHONG ENOKENWA, *et al.*,

     Defendants.

Case No. 2:24-cv-02198-RFB-EJY

**ORDER**

Before the Court are Plaintiff Billy Chancey's Motion to Dismiss (ECF No. 9) and Magistrate Judge Elayna J. Youchah's Report and Recommendation (ECF No. 11). For the following reasons, the Court denies Plaintiff's Motion to Dismiss and adopts Magistrate Judge Youchah's recommendation in full.

**I.      MOTION TO DISMISS**

First, the Court considers Mr. Chancey's *pro se* Motion to Dismiss. See generally ECF No. 9. Through this motion, Mr. Chancey asks the Court to "dismiss all claims for [this case] and file the [attached] amended complaint." Id. at 1. At its core, this motion does not seek dismissal; instead, Mr. Chancey is attempting to file an amended complaint through this filing. Since Mr. Chancey is a *pro se* litigant—and "document[s] filed *pro se* [should] be liberally construed," Erickson v. Pardus, 551 U.S. 89, 94 (2007)—the Court construes his filing as a motion for leave to amend.

Nonetheless, the Court denies Mr. Chancey's motion as futile. While district courts should generally allow plaintiffs to amend their complaints, courts need not allow duplicative amendments because they "would be nothing more than an exercise in futility." Bonin v. Calderon,

59 F.3d 815, 845 (9th Cir. 1995) (citations omitted); see also Murray v. Schriro, 745 F.3d 984, 1019 (9th Cir. 2014) (citing Bonin, 59 F.3d at 846). Here, the Court finds that Mr. Chancey's proposed-first-amended complaint ("proposed complaint") is duplicative of his original complaint. Both complaints advance the same claims, and they rely on the same facts; in fact, the proposed complaint largely mirrors the original complaint's language, such that they are nearly identical. Compare ECF No. 8 (original complaint), with ECF No. 9-1 (proposed-first-amended complaint). Consequently, the proposed complaint contains claims that have already been screened by this Court, see ECF No. 7, or dropped by Mr. Chancey. See ECF No. 6. As such, amendment would be pointless in this context, and the Court declines to grant Mr. Chancey leave to file the proposed-first-amended complaint.

## II.    REPORT AND RECOMMENDATION

On October 20, 2025, the Honorable Elayna J. Youchah, Magistrate Judge for the United States District of Nevada, issued a report and recommendation which addresses Plaintiff's Motion for Leave to Amend. See ECF No. 11. Generally, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 3, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

///

**III.    CONCLUSION**

For the foregoing reasons, **IT IS HEREBY ORDERED** Plaintiff's Motion to Dismiss (ECF No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** the Report and Recommendation (ECF No. 11) is **ACCEPTED** and **ADOPTED** in full. Mr. Chancey's Motion for Leave to Amend (ECF No. 10) is **DENIED**.

**DATED:** February 11, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**